UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Pellegrini,
    Plaintiff,

V.

CIVIL ACTION

NO. 17-40156-TSH

Northeastern University and
Nian X. Sun,
    Defendants,

## ORDER OF DISMISSAL

**Hillman, D. J.**

In accordance with the Court's Order dated 8/13/18, granting the defendants' motion to dismiss, it is hereby ORDERED that the above-entitled action be and hereby is dismissed.

By the Court,

  8/13/18
    Date

/s/ Martin Castles
Deputy Clerk